| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) |
|---|---|---|---|---|
| 1 | 207.182.155.74 | 4D372D372D332D2D2D2D27017A594E544925875266E3 | BitTorrent 7.7.3 | 02/13/2013 05:15:11 AM |
| 2 | 216.255.45.53 | 4D372D372D332D2D2270A4257CF6189E371899BD6 | BitTorrent 7.7.3 | 02/04/2013 09:31:14 AM |
| 3 | 24.3.37.204 | 2D5452523736302D68307D06F616631C68746F78 | Transmission 2.76 | 01/28/2013 04:39:31 AM |
| 4 | 208.102.210.129 | 2D42423031333332D8A499DC24C854714AE39D0C | BitComet 1.33 | 01/27/2013 01:51:22 PM |
| 5 | 74.215.19.12 | 2D5554333330422DF6701FADFB0FA84ECC67A514 | µTorrent 3.3.0 (Beta) | 01/19/2013 06:46:57 PM |
| 6 | 24.112.163.207 | 4D372D372D332D2D227022FEB9C6580CFEACF899 | BitTorrent 7.7.3 | 01/13/2013 10:27:12 PM |
| 7 | 76.2.223.125 | 2D5554333230217026B651566E53E8AE14F722 | µTorrent 3.2.3 | 01/10/2013 01:28:26 PM |
| 8 | 208.102.254.118 | 2D415A34353034D577645704144A51565553362 | Vuze 4.5.0.4 | 01/03/2013 04:24:42 AM |
| 9 | 75.118.131.193 | 2D54D31363530D2E86B612BA97604792F6FF511 | µTorrent Mac 1.6.5 | 01/02/2013 07:41:49 PM |
| 10 | 74.5.132.183 | 2D415A34383030D2D486F6B06D6E68304535335066 | Vuze 4.8.0.0 | 12/31/2012 01:33:13 PM |
| 11 | 67.186.45.186 | 2D5554333233302D217089682481 18F2BF6D314C7 | µTorrent 3.2.3 | 12/14/2012 08:39:31 PM |
| 12 | 75.109.53.214 | 2D5554333230302DEE6CA0AC2A4F19A938932 9F0 | µTorrent 3.2.0 | 12/14/2012 06:42:54 PM |
| 13 | 50.41.126.188 | 2D5554333133302D4D6A9A49F699FBF923F9C306 | µTorrent 3.1.3 | 12/14/2012 01:51:20 AM |
| 14 | 71.50.218.253 | 4D372D372D302D2D536D6B8314B056D7B284CFD46 | BitTorrent 7.7.0 | 12/12/2012 01:42:58 PM |
| 15 | 74.215.175.30 | 2D5554333313332D476A28AF796EE18866213728 | µTorrent 3.1.3 | 12/08/2012 11:16:38 AM |
| 16 | 65.60.204.112 | 4D372D362D312D2D556AD82E4C074A6F8388882F8 | BitTorrent 7.6.1 | 12/03/2012 10:04:38 PM |
| 17 | 173.249.129.140 | 2D4C54304630302D5039A4C557A4454848416577 | libtorrent (Rasterbar) 0.15.0 | 12/02/2012 04:20:27 PM |
| 18 | 65.60.232.165 | 2D5554333230302DB06BC502E95F5FB67C3F6FBA | µTorrent 3.2.0 | 12/01/2012 04:19:52 PM |

| DossierNumber | Title | FileName | FileHash | ISP |
|---|---|---|---|---|
| SO054-000025758 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | eNET |
| SO054-000024978 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Com Net |
| SO054-000016594 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Comcast Cable |
| SO054-000016554 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Fuse Internet Access |
| SO054-000016234 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Fuse Internet Access |
| SO054-000016050 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Armstrong Cable Services |
| SO054-000015852 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Embarq Corporation |
| SO054-000013818 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Embarq Corporation |
| SO054-000013800 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Fuse Internet Access |
| SO054-000013712 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | WideOpenWest |
| SO054-000013080 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Embarq Corporation |
| SO054-000013076 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Comcast Cable |
| SO054-000013048 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Suddenlink Communications |
| SO054-000013018 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Frontier Communications |
| SO054-000012862 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Embarq Corporation |
| SO054-000012710 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Fuse Internet Access |
| SO054-000012702 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | WideOpenWest |
| SO054-000012630 | The Ledge | The Ledge (2011) | SHA1: 2E9BC7D4E85632661972C53D6A50F3890202202C4 | Horizon Telcom |
| | | | | WideOpenWest |

| Region | District |
| --- | --- |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |
| Ohio | Ohio Southern |