\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Night of the Templar, LLC

      vs        Case No.  C2-13-192

Does 1-18        **Judge Frost**
                            **Magistrate Judge Deavers**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED.  This action is DISMISSED WITHOUT PREJUDICE.

Date:  **September 18, 2013**        **John P. Hehman, Clerk**

                                              s/ Scott Miller
                                            By Scott Miller /Deputy Clerk